**99–785.   State v. Ayala.**
Lucas App. Nos. L–97–1356 and L–97–1365. This cause is pending before the court as a discretionary appeal and a claimed appeal of right. Upon consideration of appellant's application for dismissal,
   IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.
   ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

*Wednesday, July 28, 1999*

## MOTION DOCKET

**98–1686.   Ezawa v. Yasuda Fire & Marine Ins. Co. of Am.**
Franklin App. No. 97APE10–1343. This cause is pending before the court as a discretionary appeal. On July 15, 1999, appellants filed a notice of supplemental authority citing a decision of this court. Whereas, S.Ct.Prac.R. III(3) permits only the filing of a relevant authority issued by *another* court after the deadline for filing a jurisdictional memorandum,
   IT IS ORDERED by the court, *sua sponte*, that appellants' notice of supplemental authority be, and hereby is, stricken.

**99–905.   State v. Smith.**
Richland C.P. No. 98CR601D. This cause is pending before the court as an appeal from the Court of Common Pleas of Richland County. Upon consideration of appellant's motion for extension of time to transmit the record,
   IT IS ORDERED by the court that the motion for extension of time to transmit the record be, and hereby is, granted, and the time for transmitting the record is extended to September 7, 1999.

**99–1104.   Padney v. Metrohealth Med. Ctr.**
Cuyahoga App. No. 76276. This cause is pending before the court as a discretionary appeal and a claimed appeal of right. On July 19, 1999, appellant filed a motion to strike appellees' memorandum in response. It appearing to the court that the motion to strike is, in substance, a reply memorandum and, whereas, S.Ct.Prac.R. III(3) prohibits the filing of reply memoranda,
   IT IS ORDERED by the court, *sua sponte*, that appellant's motion to strike be, and hereby is, stricken.

**99–1120.   State ex rel. Israfil v. Montgomery Cty. Common Pleas Court Judge Gowdown.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. On July 19, 1999, relator filed a motion for leave to file a response to respondent's motion to dismiss. Relator's motion did not include the certificate of service required by S.Ct.Prac.R. XIV(2)(C). Accordingly,
   IT IS ORDERED by the court, *sua sponte*, that relator's motion be, and hereby is, stricken.

## MISCELLANEOUS DISMISSALS

**99–330.   Vinci v. Heimbach.**
Cuyahoga App. Nos. 73440 and 73464. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. It appears from the records of this court that appellants have not filed a merit brief, due July 12, 1999, in compliance with the Rules of Practice of the Supreme Court and therefore have failed to prosecute this cause with the requisite diligence. Upon consideration thereof,
   IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte*.